-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ROBERT SCOTT, 03B2285,,

          Plaintiff,

    -v-

CARL KOENIGSMANN, M.D., Chief Medical
Officer, New York State Department of Corrections,
in official and individual capacity,

          Defendant.
_____

12-CV-6393Fe

ORDER

    Plaintiff Robert Scott has brought this action under 42 U.S.C. § 1983, complaining that his constitutional rights were violated by defendant Carl Koenigsmann.[1] All of the allegations regarding the only defendant, Koenigsmann, occurred while plaintiff was incarcerated at Mid-State Correctional Facility, which is located in the Northern District of New York. The action is, therefore, deemed to arise under jurisdiction of the United States District Court for the Northern District of New York. Pursuant to 28 U.S.C. § 1406(a), this action is ordered transferred to the United States District Court for the Northern District of New York.

    The determination of the plaintiff's motion for permission to proceed *in forma pauperis* has been left to the Northern District of New York and, therefore, because this Court has already sent his signed authorization form to the Gowanda Correctional Facility

---

[1] The Court notes that any exhibits other than Exhibit F and a page of Docket #4 were never received by the Court.

for execution, the Pro Se Office is directed to advise the facility of the transfer of this case to the Northern District.

IT HEREBY IS ORDERED, that this matter is transferred to the United States District Court for the Northern District of New York.

SO ORDERED.

_____
JOHN T. CURTIN
United States District Judge

DATED: _____, 2012
Buffalo, New York